UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CORNELL McCREARY,

        Plaintiff,                FILE NO. 2:08-cv-277

v.                                  HON. ROBERT HOLMES BELL

RICKY WERTANEN et al.,

        Defendants.
                                      /

## ORDER

In accordance with the Opinion entered this date,

**IT IS ORDERED** that Plaintiff's objections (docket ##8, 54) to the Reports and Recommendations of the Magistrate Judge (docket ##6, 47) are **DENIED** and the R&Rs are **ADOPTED** as the opinions of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for temporary restraining order (docket #2) and motion for preliminary injunction (docket #21) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's appeal to the district court (docket #96) from the Magistrate Judge's order (docket #81) denying Plaintiff's motions for default and default judgment is **DENIED**, the order is **AFFIRMED**, and Plaintiff's request for certification of the issue on interlocutory appeal under 28 U.S.C. § 1292(b) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to disqualify the Magistrate Judge (docket #92) is **DENIED**.

Dated: June 29, 2009                                  /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                    UNITED STATES DISTRICT JUDGE